UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCi, Inc.,<br><br>        Plaintiff,<br><br>    v.<br><br>Yext, Inc., Stuart Greer, Chris Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman,<br><br>        Defendants. | Case No. 1:24-cv-04530-RA-OTW |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS SOCI, INC.'S FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of Defendants Yext, Inc. and Stuart Greer, Christopher Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman's Motion to Dismiss SOCi, Inc.'s First Amended Complaint; the declaration of Joseph D. Lockinger, dated August 13, 2024, and the exhibits annexed thereto; and upon all prior pleadings and proceedings had herein, Defendants will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, 10007, before the Honorable Ronnie Abrams, United States District Judge, at a time and date to be designated by the Court, for a judgment, pursuant to Federal Rules of Civil Procedure 12(b)(2), (3), and (6), to dismiss this action for improper venue, lack of personal jurisdiction, and failure to state a claim. Defendants will alternatively move to transfer venue pursuant to 28 U.S.C. § 1404(a).

Dated: August 13, 2024                                 Respectfully submitted,

                                                       COOLEY LLP

                                                       */s Gerard O'Shea*
                                                       Gerard O'Shea
                                                       55 Hudson Yards
                                                       New York, NY 10001
                                                       Telephone: (212) 479-6000
                                                       Facsimile: (212) 479-6275
                                                       goshea@cooley.com

                                                       Joseph D. Lockinger
                                                       1299 Pennsylvania Avenue, N.W.
                                                       Suite 700
                                                       Washington, DC 20004
                                                       Telephone: (202) 842-7800
                                                       Facsimile: (202) 842-7899

                                                       Adam S. Gershenson (*pro hac vice*)
                                                       Cooley LLP
                                                       500 Boylston Street, 14th Floor
                                                       Boston, MA 02116
                                                       Telephone: (617) 937-2300
                                                       Facsimile: (617) 937-2400
                                                       agershenson@cooley.com

                                                       *Attorney for Defendants Yext, Inc., Stuart Greer, Christopher Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman*