# EXHIBIT B

  

 **Megan Menesale** (She/Her)
GTM Leader | High-Growth B2B SaaS | Product Marketing | Board Member | Sales Enablement | Messaging & Positioning | Competitive Int...

More     Message     Follow

---

← **Experience**

 **Chief Executive Officer**
MM Consulting, Inc. · Freelance
Oct 2023 - Present · 11 mos
Massachusetts, United States

Marketing consulting services focused on GTM strategy, product marketing, product launches, marketing campaign launches, competitive and market research, and product marketing reporting and analytics.

**Skills:** Go-to-Market Strategy · Product Marketing · Marketing Strategy · Multi-channel Marketing · Competitive Intelligence

 **Advisor**
Klue
Apr 2022 - Present · 2 yrs 5 mos

• Serve on the Klue Advisory Board to provide guidance and recommendations on their industry-leading competitive enablement software

**Skills:** Go-to-market Strategy · Product Marketing · Strategy · Marketing Strategy · Competitive Intelligence · Marketing Leadership

 Business Cases for Competitive Enablement | Competitive Enablement Show LIVE - Ep. 8

 **Director of Product Marketing**
SOCi, Inc. · Full-time
Jun 2021 - Jul 2023 · 2 yrs 2 mos

• Defined product marketing strategy, executed plans and revenue plays in collaboration with executives, managing a campaign and program budget of $300,000+
• Built and led a department of 6 high-performing product marketers, contributing to overall company revenue growth from $30M to $100M
• Revamped the entire GTM process, owning pricing and packaging across 9 products (29 launches in 1H 2023); drove pipeline, sales enablement, and messaging for the portfolio
• Led cross-department product campaign strategies, contributing to $35M in 2023 product revenue. In '22, assisted in $23M of net new and upsell revenue, amounting to 1K+ opportunities and $100M in pipeline
• Shaped and advanced positioning across multiple verticals and channels, evolved messaging from feature/benefits to value narratives. Led buyer persona definition across solutions
• Defined success, measured and analyzed impact against OKRs, influencing opportunities across market segments, achieving double-digit revenue growth
• Championed a company-wide win/loss and competitive intelligence program to scale across 30+ competitors, increasing competitive win rates by an average of 6% and ASP
• Managed brand reputation via a peer-review strategy and analyst relations program, running briefings and inquiries, achieving an increase from 4 to 11 'leaders' in G2 categories and coverage in analyst reports

**Skills:** Marketing Analytics · Sales Processes · Pricing Strategy · Brand Strategy · People Management · Market Planning · Competitive Intelligence · Product Strategy · Skilled Multi-tasker · Marketing Leadership · Project Management · Pricing Research · Marketing Campaigns · Digital Marketing

 **Director of Product Marketing**
Profitero
2019 - 2021 · 2 yrs
Greater Boston Area

• Led product and customer marketing; drove GTM for product, service, and partnership launches; conducted market research, brand messaging and positioning, and content for the entire portfolio
• Defined success and measured impact against OKRs, increasing win rates, NPS, CSAT, customer retention, active users, and demand for new product offerings; achieved 85%+ retention
• Led and executed a new business model to scale the free-trial process, product-led growth; advised executive stakeholders on opportunities across industry verticals with insights from market research
• Drove competitive intelligence process; managed peer-review and analyst programs; created sales enablement tools and training; achieved quarter-over-quarter increases in ACV
• Championed Pendo launch, customer advisory board, and reference program to include 40+ customer /user advocates; managed content and communication; increased customer case studies by 300%
• Managed website and brand relaunch over 4 months, including video and web copy creation

**Skills:** Pricing Strategy · Brand Strategy · People Management · Competitive Intelligence · Skilled Multi-tasker · Project Management · Pricing Research · Product Adoption · Marketing Campaigns · Digital Marketing

 Profitero


### Senior Director of Product Marketing
Payfactors
2018 - 2019 · 1 yr

• Led product marketing and GTM strategy, defined packaging, messaging, services, and up-sell opportunities across the product portfolio
• Launched small business segment, product-led growth, that garnered 500+ in customer adoption in 6 months
• Managed customer messaging and campaign efforts, drove revenue growth through the use of digital marketing channels - email, social, video - achieved >100% client revenue retention
• Partnered with event marketing and managed content of 12+ presenters for Payfactors' brand conference
• Implemented competitive intelligence and win/loss program, resulting in improved win rates

**Skills:** Pricing Strategy · Brand Strategy · People Management · Competitive Intelligence · Skilled Multi-tasker · Project Management · Product Adoption · Marketing Campaigns · Digital Marketing


**Job Description Manager by Payfactors**
Tired of manually managing, organizing, and matching job descriptions? There's a better way.

---


### Director of Product Marketing
Skyword Inc.
2016 - 2018 · 2 yrs
Greater Boston Area

• Managed product roadmap with executive stakeholders; up-leveled messaging to an enterprise buyer persona; defined positioning, packaging, pricing, and competitive differentiation of the product suite
• Executed GTM strategy for product launches and coordinated launch efforts, including training and content; reduced GTM time by 20%
• Led product marketing team of 2; managed analyst relations, briefings, and inclusion in Forrester Wave
• Collaborated with product management to define new user profiles, aided with UX market research
• Championed the customer advisory board, creating a program of 30+ customer advocates; led advisory board events to increase customer ACV

**Skills:** Pricing Strategy · Brand Strategy · People Management · Competitive Intelligence · Skilled Multi-tasker · Marketing Leadership · Project Management · Pricing Research · Product Adoption · Marketing Campaigns · Digital Marketing


**SEO Best Practice Playbook**
Playbook on SEO. Project managed entire project from ideation to production.


**The Skyword Enterprise Planner - Product Overview**
The Skyword Enterprise Planner provides marketing leaders and their teams with a singular view to see content marketing activities and campaigns in order to improve coordination,…


**Skyword Ideation Management**
Instead of juggling emails, spreadsheets, feedback, and approvals, streamline the process of generating, developing, and sharing new content ideas with Skyword…

Show all 6 media →

---

### Product Marketing Manager
Workhuman
2014 - 2016 · 2 yrs
Greater Boston Area

• Partnered with sales leadership to lead content efforts across company kick-off and sales boot camps; managed revenue enablement, onboarding, training, and sales certifications
• Managed customer events at industry conference, including award presentations, content, speakers, timeline, and all communication
• Executed GTM strategies for product launches and coordinated efforts across cross-functional teams, including messaging, training, content
• Interpreted competitive insights to increase win rates; led the win/loss program and analysis of all reports to impact sales and customer opportunities
• Supported demand generation campaigns, including the $1M launch of Service Timelines

**Skills:** Pricing Strategy · Brand Strategy · Competitive Intelligence · Skilled Multi-tasker · Project Management · Marketing Campaigns


**Feature Brief on Globoforce Highlighting**


**Product Brief on Actionable Insights**

---

### Senior Product Marketing Manager; Product Marketing Manager
Ektron · Full-time
Mar 2013 - Aug 2014 · 1 yr 6 mos
Greater Boston Area

• Developed and executed content marketing strategies across buying stages and personas, creating material and content for field marketing, blogs, social, and email
• Managed the product launch team; executed GTM strategies, including messaging and collateral creation

- Led analysis of win/loss, leading to positive changes in messaging, product functionality, and win rates
- Supported demand generation and customer marketing campaigns

**Skills:** Pricing Strategy · Brand Strategy · Competitive Intelligence · Skilled Multi-tasker · Project Management · Marketing Campaigns · Digital Marketing


Maximizing Mobile Performance Using RESS Technologies


How to Build an Inbound Website - Part 3


How to Build an Inbound Website - Part 2
Content Targeting and Lead Nurturing

Show all 4 media →


### Sales Manager
HARD ROCK CAFE · Full-time
2005 - 2012 · 7 yrs
Washington, DC

- Led all group sales efforts, contributed 1M+ annual revenue YoY in tour & travel sales bookings

**Skills:** Go-to-Market Strategy · Sales

---

About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language English (English)

Professional Community Policies | Careers | Marketing Solutions | Manage your account and privacy Go to your Settings.

Privacy & Terms ▼ | Ad Choices | Advertising

Sales Solutions | Mobile | Small Business | Recommendation transparency Learn more about Recommended Content.

Safety Center

LinkedIn Corporation © 2024