# EXHIBIT C

  

 Chris Brownlee (He/Him)
VP Product

 More  + Follow  Message

 **Experience**

 **VP Product**
Yext · Permanent Full-time
Apr 2024 - Present · 5 mos

Yext (NYSE: YEXT) is the leading digital presence platform for multi-location brands, with thousands of customers worldwide. With one central platform, brands can seamlessly deliver consistent, accurate, and engaging experiences and meaningfully connect with customers anywhere in the digital world.

 **Senior Director of Product Management**
SOCi, Inc. · Permanent Full-time
Sep 2022 - Apr 2024 · 1 yr 8 mos

SOCi is a marketing platform for multi-location brands, empowering businesses like Walmart, AT&T and Ace Hardware to scale marketing efforts across all digital channels

 Introducing SOCi Genius Social | Engagements: Elevating Brand-Customer Interactions with AI-Powered Precision

 SOCi Enhances Platform with New Survey Solution to Fuel Real-Time, Multi-Channel Customer Insights

 Introducing: SOCi's integration with OpenAI!

 **Unbounce**
3 yrs 8 mos

**Senior Director of Product Management**
Mar 2020 - Apr 2022 · 2 yrs 2 mos

I led the Product Management department at Unbounce; setting the vision, strategy, investment and implementation for our product roadmap. Leading a team of 6 Product Managers, jointly we are helping SMB's create the highest converting marketing content possible.

**Director of Product Management**
Mar 2019 - Mar 2020 · 1 yr 1 mo
Vancouver, Canada Area

**Senior Product Manager**
Sep 2018 - Feb 2019 · 6 mos
Vancouver

**Sr. Product Manager, RDS Oracle**
Amazon Web Services
Jan 2018 - Sep 2018 · 9 mos
Vancouver, Canada Area

· Defining a world-class customer experience and vision for a rapidly growing business
· Creating buy-in for the product vision both internally and with key external partners
· Translating the customer experience into a logically sequenced and optimized product roadmap
· Leading cross-functional teams to ensure we implement the business vision efficiently

 **Hootsuite Media Inc.**
5 yrs 5 mos

**Senior Product Manager, Engagement**
Jul 2016 - Dec 2017 · 1 yr 6 mos
Vancouver, Canada Area

Responsible for
- Leading product in an agile environment with a team of world-class engineers
- Championing a product vision across the company and building consensus on priorities to achieve results
- Empathizing with customers and keeping a firm pulse on industry direction
- Collaborating with the user experience team to share learnings, conduct research, and producing intuitive and delightful product experiences
- Defining and analyzing metrics that determine the success of product initiatives
- Actively driving Hootsuite's business strategy and unique value propositions
- Working with go-to-market and support teams to ensure success

Achievements include
- Launching a dedicated team collaboration tool for managing the response and ownership of tasks
- Launched a revamped connection to our customers most important social networks that lead to a doubling in usage and drove sustained increase in adoption
- Launching Hootsuite's first real time product for managing engagement
- Driving a strategy to enable partners to build on Hootsuite's engagement product set

**Product Manager, Platform**
Jul 2015 - Jun 2016 · 1 yr

Achievements Include:
- Re-architecture of Hootsuite's infrastructure from a pull based system to real time connection to our partners APIs
- Implementing a new data collection strategy that increased reliability in our Analytics product and drove down costs by 70%
- Launching a rules engine for reviewing social messages in order to apply categorization for measurement and routing for team collaboration

**Business Development Manager, App Directory Operations**
Aug 2012 - Jul 2015 · 3 yrs
Vancouver, Canada Area

My job is to inspire and spread my passion for building great products. With a focus on B2B Business Development and Product Management for Hootsuite's App Directory, I work with each of our partners to rapidly distil the shared value of our products to our joint users to inform new product through app integrations. Having successfully launched over 150 partner integrations, that has helped drive millions of dollars of revenue, I have worked with a wide spectrum of partners from small to large driving joint success for all parties involved.

I am also responsible for growing, improving and running the operations for Hootsuite's App Directory, a key strategic initiative for the company. I have created, implemented and refined the processes used today to launch app integrations at Hootsuite.

- Identify, evaluate and initiate partner opportunities with complementary software products
- Direct all phases of new product life cycle with our partners, from product vision to launch including: opportunity analysis, product strategy, technical and business requirements, prototyping, design, development, and support.
- Create, implement and refine the program used for partner vetting, scoping, development, review and launch process that all app integrations go through
- Manage the ongoing operations needed to support our wide network of partners and their integrations, ensuring all integrations are operational and customer feedback is being distilled to drive future enhancements
- Liaison between partners and Hootsuite's marketing, sales, support, product and engineering teams



**Project Manager / Business Analyst**
T4G Limited
Jan 2011 - Aug 2012 · 1 yr 8 mos

- Engaged in all components of planning, executing and closing, with emphasis on project planning & scheduling, status reporting, issue identification & resolution, risk management, change management, scope management, budget tracking and forecasting
- Managing the assignment of project work assignments and tasks to project teams
- Facilitating meetings to discuss progress and resolve issues
- Performing ongoing issue and risk identification, mitigation and reporting
- Developing Change Requests, Statements of Work, and other project documentation



**Program Manager**
Electronic Shipping Solutions (ESS)
Aug 2010 - Dec 2010 · 5 mos

Contract Position

**Assistant Venue Technology Manager**
VANOC
Nov 2009 - Mar 2010 · 5 mos

- Managed schedules and timelines for the implementation of all technology and technology services to the media during the 2010 Vancouver Olympic Games
- Lead implementation teams in deployment of software, internet services and computer equipment for over 2,800 customers
- Managed Support Desk teams of over 30 people during 24x7 operational period during the Games



**Navarik**
3 yrs 9 mos

**Business Development**
May 2008 - Nov 2009 · 1 yr 7 mos

- Successfully managed a cross-functional team in releasing a new company website and marketing campaign
- Managed outside contractor work in implementation of a content management system
- Brought the company into the Asian market through lead generation campaigns and conferences
- Served as Sales Engineer conducting sales demonstrations and presentations for senior level executives
- Oversaw all marketing and PR collateral for internal and external selling requirements

- **Program Manager**
  Mar 2006 - May 2008 · 2 yrs 3 mos

  - Managed and coordinated cross-functional teams to successful project completion
  - Gathered business needs and created software requirements documentation
  - Conducted on-site training of web-based software for multiple customers in global locations (London, Singapore, Mumbai, Los Angeles, Chicago, Houston)
  - Account management and consulting, balancing complex internal and external relationships
  - Created training material for in-person lesson plans and online webinars to ensure consistent training methods across the support team
  - Managed and monitored project budgets

About · Accessibility · Talent Solutions

Professional Community Policies · Careers · Marketing Solutions

Privacy & Terms ▾ · Ad Choices · Advertising

Sales Solutions · Mobile · Small Business

Safety Center

Questions? Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language: English (English)

LinkedIn Corporation © 2024


