# EXHIBIT D

 Search

**Stuart Greer**
Vice President - Financial Services and Insurance

More | + Follow | Message

← **Experience**

**VP - Financial Services and Insurance**
Yext · Full-time
May 2024 - Present · 4 mos

**SOCi, Inc.**
Full-time · 3 yrs 5 mos

- **Head of Regulated Division - Financial Services and Insurance**
  Nov 2022 - Apr 2024 · 1 yr 6 mos

- **Director of Sales**
  Jan 2022 - Dec 2022 · 1 yr

- **Enterprise - Named Accounts**
  Dec 2020 - Jan 2022 · 1 yr 2 mos

**ReviewTrackers**
4 yrs

- **Senior Enterprise Sales Director**
  Jan 2019 - Dec 2020 · 2 yrs
  Greater Chicago Area

  **Find Your Customers' Voice with ReviewTrackers**
  ReviewTrackers is the business review and customer feedback platform designed to help businesses collect reviews, increase feedback and measure the customer experience.

- **Enterprise Sales Director**
  Jan 2017 - Dec 2018 · 2 yrs

**Strategic Advisor**
Zerv · Part-time
Jan 2019 - Nov 2020 · 1 yr 11 mos

**National Sales Director**
Y.E.S
Jan 2012 - Jan 2017 · 5 yrs 1 mo
Greater Chicago Area

**Executive Director**
Chill SBC
Aug 2009 - Jan 2015 · 5 yrs 6 mos

**Regional Sales Director**
Major League Soccer
Mar 2005 - Aug 2009 · 4 yrs 6 mos
Greater Chicago Area

**Managing Director and Founder**
S Box
2003 - 2005 · 2 yrs
Liverpool, United Kingdom

About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language
Professional Community Policies | Careers | Marketing Solutions | | English (English)
Privacy & Terms ▾ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings.
Sales Solutions | Mobile | Small Business
Safety Center | | | Recommendation transparency Learn more about Recommended Content