# **EXHIBIT E**

 

**Keith Hadelman**
Helping Financial Services & Insurance Firms leverage their social/digital presence at scale

More    + Follow    Message

← **Experience**


**Director, Enterprise (Financial Services & Insurance)**
Yext · Full-time
Apr 2024 - Present · 5 mos
Atlanta, Georgia, United States · Remote

Yext (NYSE: YEXT) is the leading digital presence platform for multi-location brands, with thousands of customers worldwide. With one central platform, brands can seamlessly deliver consistent, accurate, and engaging experiences and meaningfully connect with customers anywhere in the digital world. Yext's AI and machine learning technology powers the knowledge behind every customer engagement, automates workflows at scale, and delivers actionable cross-channel insights that enable data-driven decisions. From SEO and websites to social media and reputation management, Yext enables brands to turn their digital presence into a differentiator. To learn more about Yext, visit Yext.com


**Global Account Director, Financial Services & Insurance**
SOCi, Inc. · Full-time
Sep 2023 - Apr 2024 · 8 mos
Atlanta, Georgia, United States


**Strategic AE, Financial Services**
6sense · Full-time
Mar 2022 - Apr 2023 · 1 yr 2 mos
Atlanta, Georgia

The 6sense Account Engagement Platform helps sellers and marketers predictably grow revenue
by engaging anonymous and known buyers from ideal accounts as soon as they begin the purchase journey.


**Account Director, Named Accounts**
WalkMe™ · Full-time
Feb 2021 - Mar 2022 · 1 yr 2 mos
Atlanta, Georgia, United States

WalkMe pioneered the Digital Adoption Platform (DAP) to simplify user experiences by combining insights, engagement, guidance and automation capabilities.

Founded in 2011, WalkMe's mission is to make digital adoption for employees and customers simple, while increasing enterprise productivity.
Our platform works as an invisible layer of visual cues and personalized content placed on top of your website or enterprise software.


**Director Sales, Enterprise (Financial Services)**
Yext
Apr 2017 - Jan 2021 · 3 yrs 10 mos
Greater Atlanta Area

The ultimate source for official answers about a business online should be the business itself. However, when consumers ask questions on company websites, too often they are left in the dark with wrong answers. Yext (NYSE: YEXT), the Search Experience Cloud, solves this problem by organizing a business's facts so it can provide official answers to consumer questions — wherever people search. Starting with the company website, then extending across search engines and voice assistants, businesses around the world, like Morgan Stanley, Farmer's Insurance, JP Morgan Chase, and Allstate —as well as organizations like the U.S. State Department—trust Yext to radically improve the search experience on their websites and across the entire search ecosystem.

Yext's mission is to help businesses and organizations around the world deliver official answers everywhere people search. Yext has been named a Best Place to Work by Fortune and Great Place to Work®, as well as a Best Workplace for Women. Yext is headquartered in New York City with offices in Amsterdam, Berlin, Chicago, Dallas, Geneva, London, Miami, Milan, Paris, San Francisco, Shanghai, Tokyo, and the Washington, D.C. area—and work-from-home offices all around the world.

 $YEXT NYSE


**Hearsay Systems**
5 yrs 2 mos

• **Director of Sales, Financial Sevices**
Jan 2016 - Apr 2017 · 1 yr 4 mos
Greater Atlanta Area

Hearsay Systems offers the complete client engagement solution for financial services, empowering advisors and agents to effectively use digital to build stronger relationships that grow business. Hearsay platform is used by more than 150,000 advisors, agents, loan officers & wholesalers at the world's largest financial services and

insurance companies.
Responsible for:
Canada 2017
Sales Development North America 2016 / 2017
East Mid-Market 2016

- **Strategic Account Executive**
  Mar 2012 - Apr 2017 · 5 yrs 2 mos
  Atlanta


**Regional Sales Manager**
SuccessFactors
Feb 2010 - Feb 2012 · 2 yrs 1 mo

Responsible for selling Business Execution SaaS Platform (Core HR with Integrated Talent Management) to SouthEast Named Accounts (>5,000 emps)


**Regional Sales Manager**
Veramark Technologies
Feb 2009 - Feb 2010 · 1 yr 1 mo

Veramark Technologies, Inc. is a Telecom Expense Management (TEM) software company providing hosted manage service solutions to address complete TEM process managing voice, wireless, and data.


**Application Sales Manager**
Oracle / PeopleSoft
Feb 2002 - Jan 2009 · 7 yrs

ERP Applications (Human Capital Management, Talent Management, Financials, Procurement), Incentive Compensation, Customer Relationship Management and Business Intelligence Applications to Named Accounts >$500MM in revenue across Southeast.


**Sr Account Executive**
Ockham Technologies
Aug 2000 - Sep 2001 · 1 yr 2 mos

Sales Performance Management (CRM) (management dashboards for sales executives, Territory Alignment and Quota Management applications) for early startup.


**Account Manager**
Oracle Corporation
Oct 1997 - Aug 2000 · 2 yrs 11 mos

Enterprise Performance Management Applications and Database Technology to Major Accounts >$500MM in revenue across GA, AL, MS

About
Professional Community Policies
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2024