# EXHIBIT F

      

**Jenette Simisky**
Senior Director, Product Management

More   + Follow   Message

## Experience


**Senior Director of Product Management**
SOCi, Inc. · Full-time
Dec 2022 - Present · 1 yr 9 mos


**Promoboxx**
4 yrs 4 mos

- **Director of Product Management**
  Jan 2020 - Dec 2022 · 3 yrs
  Boston, MA, United States

- **Product Manager**
  Sep 2018 - Jan 2020 · 1 yr 5 mos
  Boston, Massachusetts


**Product Manager, Advertising Solutions**
Tripadvisor
Dec 2014 - Sep 2018 · 3 yrs 10 mos
Newton, MA


**TechTarget**
4 yrs 11 mos

- **International Product Marketing Manager**
  Oct 2013 - Dec 2014 · 1 yr 3 mos

- **Product Marketing Manager, Storage Media Group**
  Feb 2010 - Oct 2013 · 3 yrs 9 mos
  Greater Boston Area

  - Strategically align accounts with proper storage marketing programs
  - Manage storage event sponsorships and revenue
  - Manage storage event sponsorships and revenue
  - Work with Storage Product Management team to help analyze and report product performance
  - Update and report on site demographics, traffic, and user activity


**Marketing and Public Relations Intern**
North of Boston Convention and Visitor's Bureau
Sep 2008 - Dec 2008 · 4 mos

Updated company's website and compiled Month at a Glance, Familiarization tours and Visitor's Guide
Participated in member luncheons and events
Wrote press releases for spotlight events, regional arts and culture bulletin
Acted as liaison between members and the company


**Public Relations Intern January**
Citadel Broadcasting Company
Jan 2007 - Jan 2007 · 1 mo

Wrote press releases for daily contest prizes
Updated website: concert opportunities, wrote trivia questions
Logged brand recall in commercials and recorded commercials for different companies using my voice


**Arts and Entertainment Intern**
Worcester Magazine
Jan 2006 - Jan 2006 · 1 mo

Compiled &quot;Wicked Mint Weekend&quot; and weekly calendar featured in magazine
Reviewed press releases and chose which events were appropriate for Worcester Magazine audience




About   Accessibility   Talent Solutions   Questions? Visit our Help Center.   Select Language English (English)
Professional Community Policies   Careers   Marketing Solutions