UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCi, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Yext, Inc., Stuart Greer, Chris Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman, <br><br> Defendants. | Case No. 1:24-cv-04530-RA-OTW |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yext, Inc. ("Yext"), by and through its undersigned counsel, states that Vanguard Group, Inc., a public company, owns more than a 10% share of the stock of Yext. To the best of Yext's knowledge, Yext is not currently aware of any other public entity with a financial or other interest that could be substantially affected by the outcome of this proceeding.

| | |
|---|---|
| Dated: August 13, 2024 | Respectfully submitted, |
| | COOLEY LLP |
| | *s/ Gerard O'Shea* |
| | Gerard O'Shea |
| | 55 Hudson Yards |
| | New York, NY 10001 |
| | Telephone: (212) 479-6000 |
| | Facsimile: (212) 479-6275 |
| | goshea@cooley.com |
| | |
| | Joseph D. Lockinger |
| | 1299 Pennsylvania Avenue, N.W. |
| | Suite 700 |
| | Washington, DC 20004 |
| | Telephone: (202) 842-7800 |
| | Facsimile: (202) 842-7899 |
| | |
| | Adam S. Gershenson (*pro hac vice*) |
| | Cooley LLP |
| | 500 Boylston Street, 14th Floor |
| | Boston, MA 02116 |
| | Telephone: (617) 937-2300 |
| | Facsimile: (617) 937-2400 |
| | agershenson@cooley.com |
| | |
| | *Attorney for Defendants Yext, Inc., Stuart Greer, Christopher Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman* |