**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
SOCI, INC., :
:
Plaintiff, :   24-CV-4530 (RA) (OTW)
:
-against- :   **ORDER**
:
YEXT, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on August 14, 2024.

As **ORDERED** on the record at the August 14, 2024 Conference:

1) Plaintiff's motion to expedite discovery (ECF 27) is **DENIED**.

2) Defendants' letter motion to stay discovery (ECF 47) is **GRANTED**. Discovery is hereby **STAYED** until **September 10, 2024**, without prejudice to reapplication.

3) Plaintiff is directed to file their opposition, if any, to Defendants' pending motion to dismiss (ECF 44) by **August 30, 2024**.

4) Defendants are directed to file their reply, if any, to Plaintiff's opposition by **September 10, 2024**.

Clerk is respectfully directed to close ECF Nos. 27 and 47.

**SO ORDERED.**

Dated: August 16, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge