UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCI, INC., <br><br> Plaintiff, <br><br> v. <br><br> YEXT, INC., STUART GREER, CHRIS BROWNLEE, JENNETTE SIMISKY, MEGAN MENESALE, and KEITH HADELMAN, <br><br> Defendants. | No. 24-CV-4530 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On August 30, 2024, Plaintiff filed an objection to Magistrate Judge Wang's order that denied its motion for expedited discovery and granted Defendants' motion to stay discovery until September 10, 2024. *See* Dkt. 58. Defendants shall file their response no later than September 13, 2024. Plaintiff shall file its reply, if any, no later than September 20, 2024.

SO ORDERED.

Dated:   September 3, 2024
         New York, New York

                                                        _____
                                                        Hon. Ronnie Abrams
                                                        United States District Judge