UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SOCI, INC.,

                             Plaintiff,                    24-CV-4530 (RA) (OTW)

            -against-                            **ORDER**

YEXT, INC., et al.,

                             Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 63, 66, and 67.

Defendants' motion for a stay of discovery is **GRANTED**. Discovery is hereby **STAYED** until **October 15, 2024,** without prejudice to a further stay. The parties are directed to meet and confer regarding ways to limit or narrow the scope of discovery while Defendants' Motion to Dismiss (ECF 44) is pending. The parties are further directed to file a joint status letter on the docket by **October 11, 2024,** apprising the Court of whether discovery should continue to be stayed, or whether the parties should proceed with such limited or narrowed discovery.[1]

The Clerk of Court is respectfully directed to close ECF 63.

**SO ORDERED.**

                                                                       _s/ Ona T. Wang_

Dated: September 20, 2024                                   **Ona T. Wang**
      New York, New York                        United States Magistrate Judge

---

[1] The Court also notes that Plaintiff's objection to my initial order staying discovery to September 10 (ECF 49) is likely moot.