```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCI, INC.

       Plaintiff,

   v.

YEXT, INC. *et al.*,

       Defendants.

No. 24-CV-4530 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  The Court is in receipt of Plaintiff's objection to Magistrate Judge Wang's grant of Defendant's motion to stay discovery until October 15, 2024, Doc. No. 73, as well as the parties' briefing on Plaintiff's objection to Judge Wang's earlier order staying discovery until September 10, 2024, Doc. No. 58.  As the parties are aware, they have been directed to meet and confer and file a joint letter by October 11, 2024 apprising the Court of whether discovery should remain stayed.  Doc. No. 72.  If the joint letter does not resolve the parties' dispute, then Defendants shall file any response to Plaintiff's latest objection by October 15, 2024 or, in the alternative, inform the Court by letter that Defendants will rest on the arguments made in their response to Plaintiff's initial objection.  *See* Doc. No. 70.

SO ORDERED.

Dated: October 7, 2024
     New York, New York

                    _____
                    Ronnie Abrams
                    United States District Judge