**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
SOCI, INC.,                                                 :
                                                            :
                              Plaintiff,                    :     24-CV-4530 (RA) (OTW)
                                                            :
              -against-                                     :     ORDER
                                                            :
YEXT, INC., et al.,                                         :
                                                            :
                              Defendants.                   :
                                                            :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 75.

The Court will hold an In-Person Discovery Conference on **Thursday, November 21, 2024, at 12:00 p.m**. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a one-page joint proposed agenda by **Friday, November 15, 2024**, that identifies any outstanding disputes.

**SO ORDERED.**

Dated: October 22, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge