

Gerard D. O'Shea
T: +1 212 479 6704
goshea@cooley.com

November 14, 2024

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW

Dear Judge Abrams:

      Defendants Yext, Inc. ("***Yext***"), Stuart Greer, Christopher Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman write to advise the Court of developments relevant to the resolution of Defendants' Motion to Dismiss (ECF No. 45) SOCi's First Amended Complaint (the "***FAC***," ECF No. 8).

      The FAC rests on allegations attributed to a purported Yext "insider" (the "***Insider***"). Based on information ostensibly provided by the Insider, SOCi claims that Defendants are engaged in a conspiracy to misappropriate SOCi's alleged trade secrets. Defendants recently learned, and counsel for SOCi has since confirmed, that SOCi's references to the Insider in its FAC and other filings were intended to be references to Yext's former Chief of Product, Tzi-Kei Wong.

      We have now confirmed that counsel for SOCi never spoke to Ms. Wong. Ms. Wong was entirely unaware that SOCi was using her as a purported confidential witness and denied making any of the statements attributed to her in the FAC, or even communicating with anyone at SOCi on the dates identified in the FAC. Contemporaneous electronic records corroborate Ms. Wong's account.

      We have alerted SOCi's counsel to these issues and asked them, by December 4, 2024, to withdraw all allegations attributed to the Insider from all filings submitted by SOCi in this matter, including without limitation the FAC and SOCi's Opposition to Yext's Motion to Dismiss the FAC (ECF No. 59).

                                                     Respectfully submitted,

                                                     s/ *Gerard O'Shea*
                                                     Gerard D. O'Shea