UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOCI, INC.,

                Plaintiff,

     -against-

YEXT, INC., et al.,

                Defendants.
------------------------------------------------------------x

24-CV-4530 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on November 21, 2024. As **ORDERED** at the November 21 conference:

1) Discovery is hereby **STAYED** until **December 6, 2024.**

2) The Court will hold an In-Person Status Conference on **Wednesday, December 18, 2024, at 11:00 a.m**. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint status letter by **Friday, December 13, 2024**, discussing the parties' plan to move the case forward.

**SO ORDERED.**

Dated: November 21, 2024
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge