**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SOCI, INC.,

                Plaintiff,         24-CV-4530 (RA) (OTW)

     -against-               **ORDER**

YEXT, INC., et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference on December 18, 2024. As **ORDERED** at the December 18 conference:

1. Defendants' motion to stay general discovery (ECF 91) is **GRANTED**. Discovery in this case is hereby **STAYED** except to the limited extent as provided in this Order.

2. The parties are directed to exchange "full forensic records," as discussed at the December 18 conference, of Mr. Gottlob's and Ms. Wong's phones by **the close of business on December 20, 2024, without prejudice to extensions.** If the parties seek an extension to this deadline, such a request must be made before the close of business on December 20, explain why they cannot meet the deadline, and propose a date by which the records can be exchanged.

3. The parties are directed to produce Mr. Gottlob and Ms. Wong for limited scope depositions in **January 2025,** without prejudice to further depositions on other issues. These depositions will be limited to the issues raised by Defendants'

proposed Rule 11 and Rule 37 motions. There will be no other discovery at this time. Accordingly, Plaintiff's motion to compel discovery (ECF 90) is **DENIED without prejudice.**

4. The parties are directed to file a joint status letter on **January 17, 2025**, apprising the Court on the status of the parties' depositions and limited discovery. If the parties require additional discovery on these issues, they may make a request by letter brief, and any such request must clearly explain the reasons why the moving party needs the discovery <u>before</u> the deposition of Mr. Gottlob or Ms. Wong.

5. The limited discovery described above must be completed by **January 31, 2025.**

The Clerk of Court is respectfully directed to close ECF Nos. 90 and 91.

**SO ORDERED.**

                                                                     *s/ Ona T. Wang*

Dated: December 18, 2024                                      **Ona T. Wang**
New York, New York                             United States Magistrate Judge