UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOCI, INC.,

           Plaintiff,

           v.

YEXT, INC., STUART GREER, CHRIS BROWNLEE,
JENETTE SIMISKY, MEGAN MENESALE and
KEITH HADELMAN,

           Defendants.

No. 24-CV-4530 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Oral argument was previously scheduled in this matter for January 9, 2025. Because the Court will now be closed on that date for a National Day of Mourning, oral argument is hereby rescheduled to January 10, 2025 at 12:00 p.m.

SO ORDERED.

Dated:    January 3, 2025
          New York, New York

                            Ronnie Abrams
                            United States District Judge