

Gerard D. O'Shea
T: +1 212 479 6704
goshea@cooley.com

January 8, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW

Dear Judge Abrams:

    The parties write jointly to request that the Court stay proceedings through January 27, 2025, and remove from the calendar the oral argument on Defendants' motion to dismiss scheduled for January 10, 2025. The parties are currently discussing a potential resolution to this action and seek additional time to pursue settlement negotiations.

    The parties propose providing the Court a status update on January 27, 2025, in which the parties will advise the Court as to the progress of the settlement discussions and whether the parties are requesting that the Court continue the stay or schedule a new date for the oral argument on Defendants' motion to dismiss at the Court's earliest convenience.

    The parties will write separately to Judge Wang regarding relevant discovery deadlines.

    We appreciate the Court's consideration of this request.

    Respectfully submitted,

    s/ *Gerard O'Shea*
    Gerard D. O'Shea

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com