**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
SOCI, INC., :
:
                   Plaintiff, :        24-CV-4530 (RA) (OTW)
:
     -against- :        **ORDER**
:
YEXT, INC., et al., :
:
                   Defendants. :
:
-------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of ECF 104.

      On January 8, 2025, Judge Abrams stayed proceedings in this case until January 27, 2025, (ECF 105), so the parties' request for an extension of discovery related to proposed Rule 11 and Rule 37 motions and the January 17, 2025, deadline to file a joint status letter per the Court's December 18, 2024, Order (ECF 92) is **GRANTED**. The parties are directed to file the joint status letter by **January 31, 2025**. The deadline for discovery related to Rule 11 and Rule 37 motions and the depositions of Mr. Gottlob and Ms. Wang are **ADJOURNED** to **February 28, 2025.**

      **SO ORDERED.**

                                                                             _s/ Ona T. Wang_

Dated: January 15, 2025                                               **Ona T. Wang**
      New York, New York                             United States Magistrate Judge