

Gerard D. O'Shea
T: +1 212 479 6704
goshea@cooley.com

January 27, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW

Dear Judge Abrams:

      The parties write jointly to request that the Court extend the stay of proceedings through January 29, 2025, and permit them to have until January 29 to provide a status update. The parties seek additional time to determine if a resolution is likely to be reached through further settlement negotiations. This brief extension is necessary, in part, because one of the lead attorneys for SOCi had to undergo an unexpected medical procedure that delayed negotiations. The parties anticipate that, by January 29, they should be in position to provide the Court with a complete status update.

      We appreciate the Court's consideration of this request.

Application granted.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
January 27, 2025

Respectfully submitted,

s/ *Gerard O'Shea*
Gerard D. O'Shea