

Gerard D. O'Shea
T: +1 212 479 6704
goshea@cooley.com

February 5, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW

Dear Judge Abrams and Judge Wang:

The parties write jointly to request that the Court extend the stay of proceedings through February 7, 2025, and permit them to have until February 7 to provide a status update.

The parties request that this stay encompass all deadlines, including the parties' deadline to submit a joint status report to Judge Wang. The parties are continuing to discuss a potential resolution in good faith and seek additional time to determine if a resolution is likely to be reached through further settlement negotiations and provide the Court with a more fulsome update.

We appreciate the Court's consideration of this request.

Respectfully submitted,

s/ *Gerard D. O'Shea*
Gerard D. O'Shea

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com