

Gerard D. O'Shea
T: +1 212 479 6704
goshea@cooley.com

February 7, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW

Dear Judge Abrams:

      The parties write jointly to update the Court on the status of this matter. The parties held settlement discussions, but have been unable to reach a resolution. They would like to proceed with litigation at this time. Accordingly, the parties request that the Court restore to the calendar the oral argument on Defendants' motion to dismiss and any other stayed deadlines. The parties will write separately to Judge Wang regarding relevant discovery deadlines and to provide a joint status report. Additionally, SOCi will write separately regarding a matter that the parties could not agree to include in this update.

      We appreciate the Court's consideration of this request.

      Respectfully submitted,

      s/ *Gerard O'Shea*
      Gerard D. O'Shea

Cooley LLP   55 Hudson Yards   New York, NY  10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com