

Gerard D. O'Shea
T: +1 212 479 6704
goshea@cooley.com

February 7, 2025

**VIA ECF**

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street New York, NY 10007

      Re:    *SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW

Dear Judge Wang:

      The parties write jointly to update the Court on the status of this matter. On January 29, 2025, Judge Abrams stayed proceedings until February 5, 2025. (ECF No. 110). On February 5, the parties requested, and were granted, an additional stay until February 7. (ECF No. 112). The parties held settlement discussions, but have been unable to reach a resolution. They are requesting that the Court proceed with litigation and reinstitute all deadlines at this time.

      By way of update, to date, the parties have exchanged forensic records and have had further discussions related to that discovery. They are currently working on scheduling depositions and the completion of any outstanding forensic discovery. The parties anticipate completing the discovery ordered by Your Honor by February 28, 2025, in accordance with the current discovery schedule. (ECF No. 106). To the parties' knowledge, there are no discovery disputes that currently require the Court's attention.

      Plaintiff believes it has identified an issue relevant to the present dispute before the Court and will address it separately. Defendants dispute the relevance and appropriateness of this information being presented to the Court and will respond at the appropriate time.

      We appreciate the Court's attention to this matter.

                                                            Respectfully submitted,

                                                            s/ *Gerard O'Shea*
                                                            Gerard D. O'Shea

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com