

February 11, 2025

**VIA ECF**

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *SOCi, Inc. v. Yext, Inc., et al.*, No. 1:24-cv-04530-RA-OW

Dear Judge Wang:

    I am counsel to non-party Falk Gottlob. I write in response to the February 7, 2025, letter from Gerard O'Shea of Cooley LLP concerning the status of this matter. [ECF No. 114]. I understand that, despite discussions over the last two months, the parties have been unable to agree on the terms of a settlement. In his recent letter, Mr. O'Shea represented that the parties anticipate completing the discovery previously ordered by the Court by February 28, 2025. The February 28, 2025, cutoff date is not feasible for Mr. Gottlob, as I am on trial in the United States District Court for the District of New Jersey through at least February 28, 2005. *See United States v. Raheel Naviwala*, Crim. No. 24-99 (D.N.J. 2003) (Hon. Michael E. Farbiarz). Given my trial commitments and need to meet with Mr. Gottlob in advance of his deposition, Mr. Gottlob cannot be available for a deposition in this matter until the week beginning March 3, 2005, at the earliest. In fact, there is a chance that the trial does not conclude on or before February 28 and continues into the week of March 3. Accordingly, I request that the Court extend the discovery deadline to March 14, 2005.

                    Sincerely,

                    FORD O'BRIEN LANDY LLP


                    /s *Amy C. Brown*
                    Amy C. Brown

cc:    Counsel of Record (via ECF)