## GLENN AGRE BERGMAN & FUENTES ›

Reid Skibell
rskibell@glennagre.com

1185 Avenue of the Americas, 22nd Fl.
New York, New York 10036
212.970.1600

February 14, 2025

**VIA ECF**

Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street New York, NY 10007

**Re:**    ***SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW**

Dear Judge Wang:

We write on behalf of Plaintiff SOCi, Inc. ("SOCi") to address Defendants' February 13, 2025 letter brief (ECF. No. 122), which inaccurately states the substance of SOCi's recent letter to Judge Abrams. ECF (ECF No. 115).

As explained therein, Defendants' counsel has recently admitted that their clients are in possession of unidentified SOCi documents. Unlike discovery disputes, which concern an opposing parties' documents, the documents at issue are *SOCi's property*. SOCi was compelled to file its letter because Defendants and their counsel have neglected to return SOCi's documents in violation of Rule of Professional Conduct 4.4(b) and related duties. ECF No. 115, at 1, n.1; *see also Xyngular Corp. v. Schenkel*, 200 F. Supp. 3d 1273, 1317 (D. Utah 2016) ("[I]t is improper to surreptitiously acquire an opposing party's property outside of the discovery process"), *aff'd sub nom. Xyngular v. Schenkel*, 890 F.3d 868 (10th Cir. 2018); *Fayemi v. Hambrecht & Quist, Inc.*, 174 F.R.D. 319, 324 (S.D.N.Y. 1997) (same).

The authorities Defendants rely upon concern the public filing of documents showing substantive settlement positions, such as "draft settlement agreements and confidential settlement negotiations." *Liu v. Nielsen Co. (US) LLC*, 2023 WL 3750116, at *2 (S.D.N.Y. June 1, 2023). SOCi's letter merely apprises the Court of pre-existing facts—that the Individual Defendants wrongfully took documents upon their departures and still possess those documents—learned during the parties' discussions. Accordingly, SOCi's public filing of its letter was appropriate and there is no basis for sealing.

Moreover, the issue of whether SOCi's documents should be returned is set for a public hearing on February 19. Because there will be oral argument in open court on the same subject as SOCi's letter, any purported confidentiality interest that Defendants may possess will shortly be rendered academic.

Respectfully submitted,

*/s/ Reid Skibell*
Reid Skibell