UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOCI, INC.,

               Plaintiff,

v.

YEXT, INC., STUART GREER, CHRIS BROWNLEE, JENETTE SIMISKY, MEGAN MENESALE and KEITH HADELMAN,

               Defendant.

24-CV-4530 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court issues this order to clarify the purpose of the conference scheduled in this smatter for February 19, 2025. *See* Dkt. 116. Although the parties have recently exchanged letters about alleged violations of Federal Rule of Evidence 408 and the need for sealing, those matters should be directed exclusively to Judge Wang per this Court's July 18, 2025 order referring the case to her for general pretrial supervision. Dkt. 25. The Court will not be hearing "oral argument" on those issues at the February 19 conference. Dkt. 124 (Letter to Judge Wang). The parties should instead be prepared to discuss the current status of this case, including their recent efforts to reach a settlement.

SO ORDERED.

Dated:    February 17, 2025
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge