

Gerard D. O'Shea
T: +1 212 479 6704
goshea@cooley.com

February 24, 2025

**VIA ECF**

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW

Dear Judge Wang:

      We write to request an extension of the deadline for discovery ordered by Your Honor on January 15, 2025 (ECF No. 106) from February 28, 2025, to March 31, 2025. We request this extension because the depositions ordered by Your Honor could not be calendared until next month due to scheduling conflicts, as detailed in ECF No. 118. Plaintiff SOCi, Inc. does not object to this request.

      This is the second request for an extension of this discovery deadline. We appreciate the Court's consideration.

      Respectfully submitted,

      s/ *Gerard O'Shea*
      Gerard D. O'Shea

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com