UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCi, Inc.,<br><br>    Plaintiff,<br><br> v.<br><br>Yext, Inc., Stuart Greer, Chris Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman,<br><br>    Defendants. | Case No. 1:24-cv-04530-RA-OTW |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 1.3 of the United States Courts for the Southern and Eastern Districts of New York, I, Christopher L. Nasson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for non-party Tzi-Kei Wong in the above-captioned action.

I am a member in good standing of the bars of the State of New York and the Commonwealth of Massachusetts (and have attached recent certificates of good standing to this motion) and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 26, 2025

                Respectfully submitted,
                */s/ Christopher L. Nasson*
                Christopher L. Nasson
                K&L Gates LLP
                One Congress Street, Suite 2900
                Boston, MA 02114
                (617) 261-3135
                christopher.nasson@klgates.com

                *Attorney for Tzi-Kei Wong*