UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOCI, INC., :
:
               Plaintiff, :      24-CV-4530 (RA) (OTW)
:
            -against- :      <u>**SCHEDULING ORDER**</u>
:
YEXT, INC., :
:
             Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, March 12, 2025 at 10:00 a.m.** <u>with Plaintiff's counsel only</u>.  Please call Chambers at 212-805-0260 when all counsel are on the line.

     **SO ORDERED.**

                                                            *s/ Ona T. Wang*
Dated: February 28, 2025                   **Ona T. Wang**
     New York, New York          United States Magistrate Judge