

Gerard D. O'Shea
T: +1 212 479 6704
goshea@cooley.com

March 5, 2025

**VIA ECF**

Honorable Ona T. Wang
United States District Court
500 Pearl Street
New York, New York 10007

Re:   *SOCi, Inc. v. Yext, Inc. et al.*, Case No. 1:24-cv-04530-RA-OW

Dear Judge Wang:

We write concerning the letter SOCi, Inc. ("SOCi") submitted on March 3, ECF No. 134 ("2nd SOCi Ltr."), which repeats the discovery requests in its February 7 letter, ECF No. 115 ("1st SOCi Ltr."). Defendants' response to the 2nd SOCi Ltr. ("Defendants' Response") is filed herewith.

As with the 1st SOCi Ltr., the 2nd SOCi Ltr. references confidential settlement negotiations and was publicly filed in violation of local rules, Your Honor's individual rules, and longstanding Second Circuit policy concerning the appropriate use and disclosure of settlement communications. Via letter motion dated February 11, ECF No. 119 ("Motion to Seal"), we requested that the 1st SOCi Ltr., and Defendants' response thereto, ECF No. 123, be sealed in their entirety on the public docket.

For the same reasons set forth in the Motion to Seal, and pursuant to Fed. R. Civ. Pro. 5.2(d), Rule IV of the Court's Individual Practices in Civil Cases, and Local Civil Rule 5.2, we respectfully request that this Court also seal to the public Defendants' Response filed herewith and the 2nd SOCi Letter.

We appreciate the Court's consideration of this request.

Respectfully submitted,

s/ *Gerard O'Shea*
Gerard D. O'Shea

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157
t: +1 212 479 6000   f: +1 212 479 6275   cooley.com