**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SOCI, INC., :
:
              Plaintiff, :       24-CV-4530 (RA) (OTW)
:
       -against- :       **SCHEDULING ORDER**
:
YEXT, INC., :
:
              Defendant. :
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, March 26, 2025 at 2:00 p.m.** with <u>Plaintiff's counsel only</u>. Please call Chambers at 212-805-0260 when all counsel are on the line.

      **SO ORDERED.**

                                                                           *s/ Ona T. Wang*

Dated: March 13, 2025                                               **Ona T. Wang**
       New York, New York                                  United States Magistrate Judge