**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SOCI, INC.,

               Plaintiff,

               -against-

YEXT, INC.,

               Defendant.

------------------------------------------------------------x

24-CV-4530 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held separate Preliminary Settlement Conferences with Plaintiff's and Defense Counsel on June 18, 2025. During the Plaintiff's call, the Court issued a directive for Plaintiffs to contact the Court, which they have not done. Plaintiffs are directed to email Chambers by **close of business on September 10, 2025** explaining why they have not responded and whether they wish to continue settlement discussions.

      **SO ORDERED.**

Dated: September 5, 2025
       New York, New York

                                             _s/ Ona T. Wang_
                                             **Ona T. Wang**
                                             United States Magistrate Judge