**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
SOCI, INC.,

                Plaintiff,                    24-CV-4530 (RA) (OTW)

         -against-                    **SCHEDULING ORDER**

YEXT, INC.,

               Defendant.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Friday, November 14, 2025 at 11:30 a.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: November 6, 2025                                    **Ona T. Wang**
       New York, New York                     United States Magistrate Judge