UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SOCI, INC.,

               Plaintiff,

              -against-

YEXT, INC.,

               Defendant.

---------------------------------------------------------------x

24-CV-4530 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference call on November 14, 2025. As discussed at the November 14 conference, Defendants' counsel is ordered to provide the relevant documents for the Court's *in camera* review via email ex parte to Chambers by **December 3, 2025.**

       **SO ORDERED.**

Dated: November 25, 2025
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge