UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                  :

SOCI, INC.,                            :        Case No.: 24-CV-04530-RA-OTW
                                    :

           Plaintiff,            :

                                    :

        -against-            :

                                    :

YEXT, INC.,                         :

                                    :

           Defendant.        :

                                    :
------------------------------------------------------- X

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Adam Gershenson, hereby move this Court for leave to withdraw as one of the attorneys of record for defendants Yext, Inc., Keith Hadelman, Megan Menensale, Jenette Simisky, Chris Brownlee, and Stuart Greer (Defendants) in the above-captioned action. In connection with my withdrawal as counsel, I further request that the clerk of the Court remove my name from the CM/ECF service list for this matter.

In support of this motion, I state as follows:

1. Prior to October 3, 2025, I was a partner with the law firm Cooley LLP (Cooley). I am one of the attorneys of record for Defendants. On July 25, 2024, I was admitted to appear pro hac vice before this Court in this action.

2. As of October 3, 2025, I am no longer associated with Cooley.

3. Following my withdrawal from Cooley and from this matter, Defendants will continue to be represented by Cooley attorneys Gerard Douglas O'Shea, Daniel Bernard, Erika Freeman, and Joseph Daniel Lockinger.

4. The case is not set for trial at this time. My withdrawal will not occasion a request for an extension of any deadlines in this case.

5. I am not asserting a retaining or charging lien in connection with my departure.

6. Pursuant to Local Rule 1.4, a copy of this motion is being served upon Defendant.

Dated: March 20, 2026

Respectfully submitted,

By: /s/ *Adam S. Gershenson*

Adam S. Gershenson
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, 34th Floor
Boston, MA 02110
617-772-8300
adam.gershenson@weil.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I caused the foregoing Motion to Withdraw as Counsel to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF.

*/s/ Adam S. Gershenson*
Adam S. Gershenson
