**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOCi, Inc., <br><br>         Plaintiff, <br><br>    v. <br><br> Yext, Inc., Stuart Greer, Chris Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman, <br><br>         Defendants. | Case No. 1:24-cv-04530-RA-OTW |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Erika Freeman, hereby move this Court for leave to withdraw as one of the attorneys of record for Defendants Yext, Inc., Stuart Greer, Chris Brownlee, Jenette Simisky, Megan Menesale, and Keith Hadelman in the above-captioned action. In connection with my withdrawal as counsel, I further request that the clerk of the Court remove my name from the CM/ECF service list for this matter.

In support of this motion, I state as follows:

1. I am currently an associate at the law firm Cooley LLP ("Cooley"). I am one of the attorneys of record for Defendants. On September 6, 2024, I caused a notice of appearance to be entered in this action.

2. Effective April 18, 2026, I will no longer be associated with Cooley.

3. Following my withdrawal from Cooley and from this matter, Defendants will continue to be represented by Cooley attorneys Daniel Bernard, Joseph Lockinger, and Gerard O'Shea.

4. The case is not set for trial at this time, and my withdrawal will not necessitate an extension of any deadlines in this case.

5. I am not asserting a retaining or charging lien in connection with my departure.

6. Pursuant to Local Rule 1.4, a copy of this motion is being served upon Defendants.

Dated: April 21, 2026

Respectfully submitted,

By: */s/ Erika Freeman*

Erika Freeman
COOLEY LLP
55 Hudson Yards
New York, New York 10001
efreeman@cooley.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 21, 2026, I caused the foregoing Motion to Withdraw as

Counsel to be served via the CM/ECF system in the United States District Court for the Southern

District of New York on all parties registered for CM/ECF.

*/s/ Erika Freeman*
Erika Freeman
