**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

SOCI, INC.,                                  :
                                             :
                  Plaintiff,                 :          24-CV-4530 (RA) (OTW)
                                             :
              -against-                      :          **SCHEDULING ORDER**
                                             :
YEXT, INC.,                                  :
                                             :
                  Defendant.                 :
                                             :
                                             :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Tuesday, June 30,**

**2026 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

_____
                                             _s/ Ona T. Wang_
Dated: May 7, 2026                           **Ona T. Wang**
       New York, New York                    United States Magistrate Judge