**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SOCi, Inc.,

        Plaintiff,

      v.

Yext, Inc., Stuart Greer, Chris Brownlee,
Jenette Simisky, Megan Menesale, and Keith
Hadelman,

        Defendants.

Case No. 1:24-cv-04530-RA-OTW

## STIPULATION OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned, the attorneys for Plaintiff SOCi,

Inc. and Defendants Yext, Inc., Stuart Greer, Chris Brownlee, Jenette Simisky, Megan Menesale, and Keith

Hadelman, that the above-captioned action is voluntarily dismissed with prejudice, pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii), with all parties bearing their own fees and costs.

Date: May 18, 2026

GLENN AGRE BERGMAN & FUENTES LLP

By: _____
Reid Skibell
Lyn R. Agre (*pro hac vice*)

1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel: (212) 970-1600
rskibell@glennagre.com

580 California Street, Suite 1420
San Francisco, CA 94104
Tel: (415) 599-0881
lagre@glennagre.com

*Attorneys for Plaintiff SOCi, Inc.*

Respectfully Submitted,

COOLEY LLP

By: _____
Gerard D. O'Shea
Joseph D. Lockinger

55 Hudson Yards
New York, NY 10001-2157
Tel: (212) 479-6000
goshea@cooley.com
jlockinger@cooley.com

*Attorneys for Defendants Yext, Inc., Stuart
Greer, Chris Brownlee, Jenette Simisky, Megan
Menesale, and Keith Hadelman*